UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | WDNY Case No. 6:13-CR-06180-001 |
| vs. ) | EDTN Mag. No. 1:15-MJ-152 |
| ) | |
| JEFFERY WALSH ) | JUDGE CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on June 4, 2015, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Violation of Supervised Release and Warrant for Arrest out of the Western District of New York. Those present for the hearing included:

(1) An Asst. United States Attorney (AUSA) for the Government.
(2) The defendant.
(3) Attorney Ben Sharp for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Violation and Warrant and had the opportunity of reviewing those documents with his attorney. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

The AUSA respectively moved defendant be detained without bail pending a hearing in the Western District of New York.

### Findings

(1) The defendant waived his identity hearing, preliminary hearing and detention hearing. The defendant asked to have all hearings on the Violation in the Western District of New York.

1

Conclusion

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Western District of New York.

(2) The U.S. Marshal shall transport defendant to the Western District of New York for a hearing on a date to be determined once defendant is in said district.

ENTER.

                                      S /*William B. Mitchell Carter*
                                      UNITED STATES MAGISTRATE JUDGE